IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ECCLESIASTICAL DENZEL WASHINGTON, Register No. 990079, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08-4092-CV-C-NKL |
| MATT BLUNT, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On February 21, 2009, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant J. Shields. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 21, 2009, is adopted. [71] It is further

ORDERED that plaintiff's claims against defendant J. Shields are dismissed, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 15, 2009
Jefferson City, Missouri